

U.S. Department of Justice

United States Attorney
Eastern District of New York

EHS
F. #2017R00906

271 Cadman Plaza East
Brooklyn, New York 11201

October 26, 2022

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Hu Ji, et al.
                Criminal Docket No. 21-265 (S-1) (PKC)

Dear Judge Chen:

      The government respectfully submits this letter to document that, on or about August 5, 2022, the government submitted a sealed, ex parte letter to the Court—via the Classified Information Security Officer—in connection with the government's pending motion for a protective order pursuant to the Classified Information Procedures Act ("CIPA"), Title 18, United States Code, Appendix III, Section 4, and Federal Rule of Criminal Procedure 16(d)(1), with related material. See also ECF No. 126 (documenting the government's related CIPA filing dated March 11, 2022).

                    Respectfully submitted,

                    BREON PEACE
                    United States Attorney

By:   /s/
      Craig R. Heeren
      J. Matthew Haggans
      Ellen H. Sise
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Counsel for Defendants (by ECF)
       Clerk of Court (PKC) (by ECF)