

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/MAA/IC  
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 13, 2023

<u>By ECF and Email</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Hu Ji, et al.</u>
               <u>Criminal Docket No. 21-265 (S-1) (PKC)</u>

Dear Judge Chen:

        The government writes with regard to the Court's Order, dated March 6, 2023, which directed the government to confer with relevant parties and advise the Court by March 13 whether the government anticipates needing a hearing pursuant to Section 6(a) of the Classified Information Procedures Act ("CIPA"). The government does not anticipate needing a hearing pursuant to CIPA Section 6(a) unless the relevant defendant files a notice pursuant to CIPA Section 5(a). Should the defendant determine that Section 5(a) notice is necessary, the government and relevant defendant jointly propose the following schedule:

| Item | Deadline |
|---|---|
| Defendant's CIPA Section 5(a) Notice | March 27, 2023 |
| Government's Response to CIPA Section 5(a) Notice | April 4, 2023 |
| Defendant's Motion on Relevance and Admissibility of Materials Identified in CIPA Section 5(a) Notice | April 10, 2023 |
| Government's Response to Relevance and Admissibility Motion | April 17, 2023 |
| CIPA Section 6(a) Hearing | Week of April 24, 2023 |

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/ Craig R. Heeren
     Craig R. Heeren
     Meredith A. Arfa
     Irisa Chen
     Assistant U.S. Attorneys
     (718) 254-7000

cc:     Clerk of Court (PKC) (by ECF)