U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 27, 2023

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re:   United States v. Hu Ji, et al.
>         Criminal Docket No. 21-265 (S-1) (PKC)

Dear Judge Chen:

The government writes in response to the Court's order, dated March 22, 2013, to advise the Court of its position regarding the number of expected trial days. The government believes that trial may not be completed within 14 business days. The government conservatively estimates that it may need approximately 14 trial days to put on the government's case (i.e. three trial weeks), though it is in discussions with defense counsel to shorten the presentation through stipulations related to certain custodial witnesses. Counsel for the defendants have advised that they cannot identify an approximate amount of time they may need (if any) to put on a defense case, because it is largely contingent on the witnesses and evidence that the government intends to present.

>   Respectfully submitted,
>
>   BREON PEACE
>   United States Attorney
>
>   By:   /s/
>         Craig R. Heeren
>         Meredith A. Arfa
>         Irisa Chen
>         Assistant U.S. Attorneys
>         (718) 254-7000

cc:   Counsel for Defendants (by ECF)
      Clerk of Court (PKC) (by ECF)