

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/MAA/IC
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 11, 2023

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Hu Ji, et al.
Criminal Docket No. 21-265 (S-1) (PKC)

Dear Judge Chen:

The government respectfully submits this letter to document that, on April 4, 2023, the government submitted a sealed letter to the Court and to relevant defense counsel—via the Classified Information Security Officer—in response to a notice by the defendant pursuant to Section 5 of the Classified Information Procedures Act ("CIPA"), Title 18, United States Code, Appendix III.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/Craig R. Heeren
Craig R. Heeren
Meredith A. Arfa
Irisa Chen
Assistant U.S. Attorneys
(718) 254-7000

cc: Counsel for Defendants (by ECF)
Clerk of Court (PKC) (by ECF)